## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**NOREEN JEAN BEGAYE,**
         **Plaintiff,**

         **vs.**                                              CIV NO.   1:16-00281-SMV

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**
                  **Defendant.**


### ORDER FOR EXTENSION

       Upon consideration of Defendant's Unopposed Motion for an Extension of Time

(Doc. 19) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing

with Supporting Memorandum (Doc. 18), the Court having reviewed the motion and being

otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

       IT IS THEREFORE ORDERED that Defendant shall have until January 5, 2017 to file a

response, and Plaintiff shall have until January 19, 2017, to file a reply.

       SIGNED    December 2   , 2016.


                                        _____
                                        STEPHAN M. VIDMAR
                                        United States Magistrate Judge


SUBMITTED AND APPROVED BY:
*Electronically submitted 12/02/2016*
DORRELYN DIETRICH
Special Assistant United States Attorney

*Electronically approved 12/01/2016*
FRANCESCA MacDOWELL
Attorney for Plaintiff