IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NOREEN JEAN BEGAYE,**

      **Plaintiff,**

    vs.                          CIV. NO. 1:16-cv-00281-SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

Upon consideration of the Defendant's unopposed request for a one-day extension of time for filing her brief on the merits in this case (*see* Docs. # 22 & 23), IT IS HEREBY ORDERED:

Defendant shall have up to and including January 6, 2017 to file her brief on the merits, and Plaintiff shall have up to and including January 20, 2017, to file any reply brief.

                              DATED this _6th_ day of January, 2017.

                              _____
                              Honorable Stephan M. Vidmar
                              United States Magistrate Judge

Submitted by:

*s/ Jessica Milano on 1/6/2017*
JESSICA MILANO
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration

1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-7136
(303) 844-0770 (facsimile)
jessica.milano@ssa.gov
Attorney for Defendant

Approved by:

*s/ Francesca J. MacDowell, Esq. on* *1/6/2017*
Francesca J. MacDowell, Esq.
MacDOWELL LAW, P.C.
P.O. Box 328
Placitas, New Mexico 87043
(505) 404-8859
(505) 395-7557 (facsimile)
macdowelllaw@gmail.com
Attorney for Plaintiff