IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN JEAN BEGAYE,**

    **Plaintiff,**

**v.**                                                                                           **No. 16-cv-0281 SMV**

**NANCY A. BERRYHILL,**[1]
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## **JUDGMENT**

Having denied Plaintiff's Motion to Reverse and Remand for Payment of Benefits, or in the Alternative, for Rehearing [Doc. 18] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

                                                                           _____
                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**
                                                                           **Presiding by Consent**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).